UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAZEEM UPSHAW,

        Plaintiff,

   v.

CITY OF OAKLAND, et al.,

        Defendants.
_____/

No. C 11-05044 DMR

**ORDER INSTRUCTING PLAINTIFF TO CORRECT DOCKET ENTRY**

     Plaintiff has filed a motion for leave to file a revised amended complaint naming Jonathan Muniz, Ercivan Martin, Jose Pereznegron and Richardson Sanandes as Defendants. Doc. no. 23. Because Plaintiff improperly filed the motion on the court's Electronic Case Filing system as an ex parte motion, the Clerk instructed Plaintiff's counsel to re-file the motion. On May 30, 2012, Plaintiff erroneously e-filed another ex parte motion. Doc. no. 24.

     The court instructs Plaintiff to correct the docket entry for the pending motion for leave to file a revised amended complaint so as to remove the ex parte designation. Instructions for correcting docket entries and contacting the ECF Help Desk are available on the court's ECF website: ecf.cand.uscourts.gov. Counsel is instructed to study and follow carefully the e-filing procedures in all future filings.

     The briefing deadlines on Plaintiff's motion for leave to amend remain unchanged.

     IT IS SO ORDERED.

Dated: May 31, 2012

_____
DONNA M. RYU
United States Magistrate Judge