UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAZEEM UPSHAW,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendants.

No. C 11-05044 DMR

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

    Before the court is Plaintiff's motion for leave to file an amended complaint, as revised, to name Jonathan Muniz, Ercivan Martin, Jose Pereznegron and Richardson Sanandes as Defendants, individually and in their official capacities as police officers for Defendant City of Oakland. Doc. no. 26. Defendants did not file an opposition to Plaintiff's motion for leave to amend, and the motion is deemed unopposed. The court determines that the matter is suitable for decision without oral argument and hereby VACATES the motion hearing noticed for July 12, 2012.

    For good cause shown, Plaintiff's motion for leave to file the revised version of the proposed amended complaint, attached as Exhibit A to the motion, is GRANTED. Plaintiff must file the amended complaint on the court docket by no later than June 28, 2012.

    IT IS SO ORDERED.

Dated: June 21, 2012

DONNA M. RYU
United States Magistrate Judge