**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAZEEM UPSHAW,

        Plaintiff,

      v.

CITY OF OAKLAND, et al.,

        Defendants.

_____/

No. C 11-05044 DMR

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Further Case Management Conference previously scheduled for July 25, 2012 is hereby CONTINUED to **October 17, 2012 at 1:30 p.m.** For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. The Case Management Statement is due no later than **October 10, 2012.**

      IT IS SO ORDERED.

Dated: July 19, 2012

_____
DONNA M. RYU
United States Magistrate Judge