UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAZEEM UPSHAW,                                   No. C 11-05044 DMR

       Plaintiff,                                **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

   v.

CITY OF OAKLAND, et al.,

       Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The Further Case Management Conference previously scheduled for July 25, 2012 is hereby CONTINUED to **October 17, 2012 at 1:30 p.m.** For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. The Case Management Statement is due no later than **October 10, 2012.**

IT IS SO ORDERED.

Dated: July 19, 2012

_____
DONNA M. RYU
United States Magistrate Judge