**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9    KAZEEM UPSHAW,                              No. C-11-05044 DMR

10              Plaintiff(s),                    **ORDER CONTINUING CASE**
                                                 **MANAGEMENT CONFERENCE**
11         v.

12   CITY OF OAKLAND,

13              Defendant(s).
     _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16         The Case Management Conference previously scheduled for February 13, 2013 has been

17   CONTINUED to **April 17, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

18   Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than April

19   10, 2013.

20

21         IT IS SO ORDERED.

22

23   Dated:  February 7, 2013

24

25   DONNA M. RYU                              Donna M. Ryu
     United States Magistrate Judge
26

27

28