UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAZEEM UPSHAW,

        Plaintiff(s),

   v.

CITY OF OAKLAND,

        Defendant(s).
_____/

No. C-11-05044 DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for February 13, 2013 has been CONTINUED to **April 17, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than April 10, 2013.

IT IS SO ORDERED.

Dated: February 7, 2013

_____
DONNA M. RYU
United States Magistrate Judge