**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9    KAZEEM UPSHAW,                        No. C-11-05044 DMR
10            Plaintiff(s),               **ORDER RESCHEDULING FURTHER**
                                          **CASE MANAGEMENT CONFERENCE**
11       v.
12   CITY OF OAKLAND,
13            Defendant(s).
     _____/
14
15   TO ALL PARTIES AND COUNSEL OF RECORD:
16           The Further Case Management Conference previously scheduled for April 17, 2013 at 1:30
17   p.m. has been VACATED AND RESCHEDULED to **July 3, 2013 at 1:30 p.m.** in Courtroom 4, 3rd
18   Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  An updated Joint Case
19   Management Statement is due no later than June 26, 2013.
20
21           IT IS SO ORDERED.
22
23   Dated: April 12, 2013
24                                        _____
25                                        DONNA M. RYU
                                          United States Magistrate Judge
26
27
28