United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZEEM UPSHAW, | No. C-11-05044 DMR |
| Plaintiff(s), | **ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Further Case Management Conference previously scheduled for April 17, 2013 at 1:30 p.m. has been VACATED AND RESCHEDULED to **July 3, 2013 at 1:30 p.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. An updated Joint Case Management Statement is due no later than June 26, 2013.

IT IS SO ORDERED.

Dated: April 12, 2013

DONNA M. RYU
United States Magistrate Judge