UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZEEM UPSHAW,<br><br>       Plaintiff(s),<br><br>v.<br><br>CITY OF OAKLAND,<br><br>       Defendant(s).<br>_____/ | No. C-11-05044 DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference previously scheduled for July 3, 2013 has been CONTINUED to **August 21, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than August 14, 2013. The parties shall submit a stipulation and proposed order regarding the extension of fact discovery and expert discovery deadlines.

    IT IS SO ORDERED.

Dated: July 1, 2013

                                              DONNA M. RYU
                                              United States Magistrate Judge