UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAZEEM UPSHAW,

        Plaintiff(s),

  v.

CITY OF OAKLAND,

        Defendant(s).
_____/

No. C-11-05044 DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for July 3, 2013 has been CONTINUED to **August 21, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than August 14, 2013. The parties shall submit a stipulation and proposed order regarding the extension of fact discovery and expert discovery deadlines.

IT IS SO ORDERED.

Dated: July 1, 2013

DONNA M. RYU
United States Magistrate Judge