UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREEM UPSHAW,

        Plaintiff,

    v.

CITY OF OAKLAND, et al.,

        Defendants.
_____/

Case No. 4:11-cv-5044 DMR (NC)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated September 12, 2013, the City of Oakland requested Richardson San Andres to be excused from personally appearing at the settlement conference scheduled for September 17, 2013. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that name Richardson San Andres be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on September 17, 2013.

IT IS SO ORDERED.

Dated: September 13, 2013

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge