United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAZEEM UPSHAW,　　　　　　　　　　　　No. C-11-05044 DMR

　　　　　Plaintiff,　　　　　　　　　　　　**NOTICE AND ORDER RE CHANGE IN TRIAL DATE**

　　v.

CITY OF OAKLAND, *et al.*,

　　　　　Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The court has reviewed the trial schedule and finds it is prudent to advance the trial date from November 25, 2013 to **November 19, 2013.** November 25 is the Monday before the Thanksgiving holiday. Advancing the trial date in what is currently scheduled as a five day jury trial is likely to result in less inconvenience for the jury panel. An amended pretrial order shall be issued shortly.

　　　　IT IS SO ORDERED.

Dated: September 24, 2013



_____
DONNA M. RYU
United States Magistrate Judge