UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZEEM UPSHAW, | No. C-11-05044 DMR |
| Plaintiff, | **NOTICE AND ORDER RE CHANGE IN TRIAL DATE** |
| v. | |
| CITY OF OAKLAND, *et al.*, | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has reviewed the trial schedule and finds it is prudent to advance the trial date from November 25, 2013 to **November 19, 2013.** November 25 is the Monday before the Thanksgiving holiday. Advancing the trial date in what is currently scheduled as a five day jury trial is likely to result in less inconvenience for the jury panel. An amended pretrial order shall be issued shortly.

IT IS SO ORDERED.

Dated: September 24, 2013

_____
DONNA M. RYU
United States Magistrate Judge