1  JOHN L. BURRIS, Esq./ State Bar #69888
   ADANTE D. POINTER, Esq./State Bar #236229
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Phone:    (510) 839-5200
   Fax:       (510) 839-3882
5
6  Attorneys for Plaintiff

7

8

9                    UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 KAZEEM UPSHAW,                              Case No.  C11-05044 DMR

13         Plaintiff,

14                                             **NOTICE OF CONDITIONAL
                                               SETTLEMENT & [PROPOSED] ORDER**
15 v.

16
   CITY OF OAKLAND, a municipal corporation;
17 ANTHONY BATTS in his capacity as CHIEF of
   POLICE for CITY OF OAKLAND POLICE
18 DEPARTMENT; JONATHAN MUNIZ,
   individually and in his official capacity as a
19 Police Officer for the CITY OF OAKLAND;
   ERCIVAN MARTIN, individually and in his
20 official capacity as a Police Officer for the CITY
   OF OAKLAND; JOSE PEREZNEGRON,
21 individually and in his official capacity as a
   Police Officer for the CITY OF OAKLAND and
22 RICHARDSON SANANDRES individually and
   in his official capacity as a Police Officer for the
23 CITY OF OAKLAND.
24
25         Defendants.
26
   _____
27

28

1

NOTICE OF CONDITIONAL SETTLEMENT & [PROPOSED] ORDER          CASE: C11-05044-DMR

The Parties, by and through their respective attorneys, hereby notify the court that this action has been settled in its entirety, pending approval by the City Counsel. The Parties fully expect approval by the Oakland City Counsel, and are in the process of fulfilling the terms of the Settlement Agreement. Once the settlement terms have been fully executed by the Parties, the Parties will file a Request for Dismissal with the Court.

In light of the foregoing, the Parties respectfully request that the currently scheduled Pre-Trial and Trial dates be vacated and that a status conference be calendared to occur during the month of December 2013 for the Parties to advise the court of the status of the settlement.

**Dated: October 9, 2013**

/s/
ADANTÉ D. POINTER
LAW OFFICES OF JOHN L. BURRIS
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the Pre-Trial and Trial dates are vacated and a status conference set for December __4__, 2013. The parties are further ordered to file a status update seven days before the December __4__, 2013 status conference or a Request for Dismissal should the settlement have been fully executed.

**IT IS SO ORDERED.**

Date: __Oct. 10, 2013__

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED* — Donna M. Ryu (signature, seal of United States District Court, Northern District of California)

NOTICE OF CONDITIONAL SETTLEMENT & [PROPOSED] ORDER    CASE: C11-05044-DMR