JOHN L. BURRIS, Esq./ State Bar #69888
ADANTE D. POINTER, Esq./State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Phone:    (510) 839-5200
Fax:      (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZEEM UPSHAW, | Case No.  C11-05044 DMR |
| Plaintiff, | |
| v. | **NOTICE OF CONDITIONAL SETTLEMENT & [PROPOSED] ORDER** |
| CITY OF OAKLAND, a municipal corporation; ANTHONY BATTS in his capacity as CHIEF of POLICE for CITY OF OAKLAND POLICE DEPARTMENT; JONATHAN MUNIZ, individually and in his official capacity as a Police Officer for the CITY OF OAKLAND; ERCIVAN MARTIN, individually and in his official capacity as a Police Officer for the CITY OF OAKLAND; JOSE PEREZNEGRON, individually and in his official capacity as a Police Officer for the CITY OF OAKLAND and RICHARDSON SANANDRES individually and in his official capacity as a Police Officer for the CITY OF OAKLAND. | |
| Defendants. | |

The Parties, by and through their respective attorneys, hereby notify the court that this action has been settled in its entirety, pending approval by the City Counsel. The Parties fully expect approval by the Oakland City Counsel, and are in the process of fulfilling the terms of the Settlement Agreement. Once the settlement terms have been fully executed by the Parties, the Parties will file a Request for Dismissal with the Court.

In light of the foregoing, the Parties respectfully request that the currently scheduled Pre-Trial and Trial dates be vacated and that a status conference be calendared to occur during the month of December 2013 for the Parties to advise the court of the status of the settlement.

**Dated: October 9, 2013**

                                             /s/
                                 ADANTÉ D. POINTER
                                 LAW OFFICES OF JOHN L. BURRIS
                                 Attorneys for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the Pre-Trial and Trial dates are vacated and a status conference set for December __4__, 2013. The parties are further ordered to file a status update seven days before the December __4__, 2013 status conference or a Request for Dismissal should the settlement have been fully executed.

**IT IS SO ORDERED.**

Date: __Oct. 10, 2013__



_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE