UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZEEM UPSHAW, | No. C-11-05044 DMR |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant(s). | |

The court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **30 days**, with proof of service of a copy thereof to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. All further dates are vacated.

IT IS SO ORDERED.

Dated: November 22, 2013

DONNA M. RYU
United States Magistrate Judge